Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd, Suite 205
Paramount, CA 90273
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
JESSE FLOYD

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JESSE FLOYD | Case No.: 2:18-cv-10206-SVW-RAO |
| Plaintiff. | **NOTICE OF SETTLEMENT** |
| v. | |
| SPEEDY CASH | |
| Defendant. | |

    NOW COMES Plaintiff, JESSE FLOYD through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

    Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

Date: February 11, 2019                RESPECTFULLY SUBMITTED,

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff,
JESSE FLOYD

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2019, I filed the forgoing document with the Clerk of the Court using the CM/ECF System.  Notice of said filing was served via e-mail transmission to the following:

Jamie D. Wells
McGuireWoods LLP
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
T:   +1 415 844 1972
M: +1 925 785 0654
F:   +1 415 844 1915
jwells@mcguirewoods.com
Attorneys for Defendant,
SPEEDY CASH

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal