1  Matthew A. Rosenthal (SBN 279334)
   matt@westgatelaw.com
2  Westgate Law
   16444 Paramount Blvd., Suite 205
3  Paramount, CA 90723
   Tel: (818) 200-1497
4  Fax: (818) 574-6022
   Attorneys for Plaintiff,
5  JESSE FLOYD

6              **IN THE UNITED STATES DISTRICT COURT**
                  **CENTRAL DISTRICT OF CALIFORNIA**
7                        **SOUTHERN DIVISION**

8

9  JESSE FLOYD,                ) Case No.: 2:18-cv-10206-SVW-RAO
                               )
10 ,                           ) **VOLUNTARY DISMISSAL OF A**
                               ) **CASE PURSUANT TO FED. R.**
11         Plaintiff;          ) **CIV. P. 41(a)(1)(A)(i)**
                               )
12     v.                      )
                               )
13                             )
   SPEEDY CASH,                )
14                             )
                               )
15         Defendant.          )
                               )
16                             )
                               )
17 ─────────────────────────────)

18
       **PLEASE TAKE NOTICE** that Plaintiff, JESSE FLOYD, pursuant to Fed.
19
   R. Civ. P. 41(a)(1)(A)(i), gives notice that he voluntarily dismisses all claims in this
20
   action as to himself in his individual capacity *with prejudice*.  Defendant Speedy
21
   Cash has neither answered Plaintiff's Complaint, nor filed a motion for summary
22
   judgment.  Accordingly, this matter may be dismissed with prejudice without an
23
   Order of the Court.
24

25

RESPECTFULLY SUBMITTED,

DATED: February 22, 2019              WESTGATE LAW

By: /s/ Matthew A. Rosenthal
    Matthew A. Rosenthal
    Attorney for Plaintiff,
    JESSE FLOYD

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2019, I filed the forgoing document with the Clerk of the Court using the CM/ECF System.  Notice of said filing was served via e-mail transmission to the following:

Jamie D. Wells
McGuireWoods LLP
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
T:  +1 415 844 1972
M: +1 925 785 0654
F:  +1 415 844 1915
jwells@mcguirewoods.com
Attorneys for Defendant,
SPEEDY CASH

By: /s/ Matthew A. Rosenthal
    Matthew A. Rosenthal